**EXHIBIT 1:**
Original Video

