**EXHIBIT 2:**
Infringing Use of Video - URL: https://twitter.com/dcexaminer/status/1219292540098301954?s=20

